91 F.3d 126
 In re Texas Eastern Transmission Corp. PCB Contamination
Insurance Coverage Litigation; Fidelity & Casualty
Company of New York
v.
Texas Eastern Transmission Corporation, Associated Electric
& Gas Insurance Services Limited, Certain Underwriters at
Lloyd's London, Certain London Market Ins. Co., Continental
Casualty Co., Associated Electric & Gas Services ('AEGIS'),
Fidelity & Casualty Co. of New York, ('F&C'), National
Surety Corp., American Home
 NO. 95-1949
 United States Court of Appeals,
Third Circuit.
 May 31, 1996
 Appeal From: E.D.Pa., No. 92-cv-04804
 
 1
 REVERSED.